UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

Peter J. Messitte
Judge
(301) 344-0632

M E M O R A N D U M

To: Counsel of Record

From: Judge Peter J. Messitte

RE: <u>Caplan v. Guttenberg, et al</u>
Civil No. PJM 00-3446

Date: March 2, 2001

\* \* \* \* \* \* \* \* \* \*

Upon consideration of the Defendants' Motion to Dismiss [Paper no. 6] and Plaintiff's response thereto, the Court hereby **DENIES** the Motion.

Despite the informal nature of this ruling, it constitutes an Order of the Court and the Clerk shall docket it accordingly.

Peter J. Messitte
United States District Judge

cc: Court File