IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREN A. CAPLAN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. PJM 00-3446 |
| | * | |
| STEVEN A. GUTTENBERG, et al. | * | |
| | * | |
| Defendants | * | |

ORDER

The Court held a hearing and ruled on pending motions. Accordingly it is, for the reasons stated on the record, this 24 day of May, 2002

ORDERED:

1) Plaintiff's Motion for Partial Summary Judgment is DENIED;

2) Defendants' Motion for Partial Summary Judgment is GRANTED IN PART and DENIED IN PART as follows:

   a) As to Count I, the Motion is GRANTED IN PART and DENIED IN PART, specifically it is GRANTED as to any claim that Defendants performed unauthorized procedures on Plaintiff



        and is DENIED as to any claim that Defendants deviated from a standard of professional care;

    b)    As to Counts II and III, the Motion is DENIED;

    c)    As to Counts IV and V, the Motion is GRANTED.

3)    The Court DEFERS ruling on the parties' pending motions for in limine relief.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE