IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 2 6 2002

KAREN A. CAPLAN

Plaintiff,

v.

Civil No. PJM 00-3446

STEVEN A. GUTTENBERG, D.D.S., ET AL.

Defendants.

## FINAL ORDER OF JUDGMENT

This action came on for trial before the Court and a jury. The issues having been duly tried and the jury having duly rendered its verdict, it is, this day 25 of September, 2002,

ORDERED that

1)  Final Judgment is entered in favor of Defendants and against Plaintiff; and

2)  The Clerk shall CLOSE this case.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE


